# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 19-30275 | Trustee Name: | Patricia J. Friesinger |
|---|---|---|---|
| Case Name: | DAVIS, SHANNON K | Date Filed (f) or Converted (c): | 01/31/2019 (f) |
| For the Period Ending: | 06/30/2019 | §341(a) Meeting Date: | 02/28/2019 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Make: Ford Model: F150 Year: 2007 Mileage: 96000 Other Information: The frame on the truck is rusted through and the debtor was advised to junk it. The truck should be raded as poor but no value would be assessed | $100.00 | Unknown | | $0.00 | Unknown |
| 2  Make: Larson Year: 1991 | $100.00 | Unknown | | $0.00 | Unknown |
| 3  bed | $50.00 | $0.00 | | $0.00 | FA |
| 4  TV, Play Station | $300.00 | $0.00 | | $0.00 | FA |
| 5  men's clothing | $200.00 | $0.00 | | $0.00 | FA |
| 6  watches | $100.00 | $0.00 | | $0.00 | FA |
| 7  Cash | $8.00 | $0.00 | | $0.00 | FA |
| 8  checking 5th 3rd Bank 8504 | $0.00 | Unknown | | $0.00 | Unknown |
| 9  checking LCNB | $123.00 | Unknown | | $0.00 | Unknown |
| 10 Name of entity: % of ownership: Horizon Home Services, Inc 100% % | $1,000.00 | Unknown | | $0.00 | Unknown |
| 11 work tools valued in the business valuation | $1,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Asset**

$2,981.00    $0.00    $0.00    $0.00

**Major Activities affecting case closing:**

| 07/23/2019 | Filed Second Motion to Extend Deadline to Object to Debtor's Discharge.  Sent demand letter for turnover of requested documents. |
|---|---|
| 04/26/2019 | Motion to extend deadline to object to discharge filed due to failure of the Debtor to supply documents / cooperation (deadline extended to 7/28/19) |
| 04/23/2019 | Follow up for production of documents as requested at 341 meeting and in post-341 follow up letter |
| 03/07/2019 | Follow up letter sent for vehicle documents, water craft documents, appraisal, bank statements and financials |
| 02/28/2019 | Trustee is investigating lien perfection on recently acquired vehicle, potential excess equity in boat and trailer, pre-petition transfers and potential outstanding A/R for affiliated business activity |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 19-30275 | | Trustee Name: | Patricia J. Friesinger |
| Case Name: | DAVIS, SHANNON K | | Date Filed (f) or Converted (c): | 01/31/2019 (f) |
| For the Period Ending: | 06/30/2019 | | §341(a) Meeting Date: | 02/28/2019 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):  06/30/2020      Current Projected Date Of Final Report (TFR):       /s/ PATRICIA J. FRIESINGER

                                                                                                                   PATRICIA J. FRIESINGER